IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00cr23

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL ANTIONE MARSHALL | ) | |
| FREDERICK M. BROWN | ) | |
| RUBEN PEREZ-RIVERA JR. | ) | |
| CAROL ANN NEAL | ) | |
| LASHONDA COLEMAN | ) | |
| JAVONNA MARSHALL | ) | |
| _____ | ) | |

This matter is before the court upon the court's own motion. It has come to the court's attention that a clerical error exists in the Judgments of some the defendants in this case. Accordingly, the Judgments for each defendant are hereby amended, if necessary, to state that restitution shall be "joint and several."

IT IS SO ORDERED.

Signed: May 12, 2009

Graham C. Mullen
United States District Judge